UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ELDON BURROUGHS, | ) | 1:04-CV-06165-AWW-LJO-P |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING EXTENSION |
| | ) | OF TIME TO FILE FIRST AMENDED |
| v. | ) | COMPLAINT |
| | ) | (DOCUMENT #15) |
| C.M.O., J. KLARICH, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On October 19, 2005, plaintiff filed a motion to extend time to file a first amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file his first amended complaint, pursuant to the court's order of September 28, 2005.

IT IS SO ORDERED.

**Dated:   November 17, 2005**          /s/ Lawrence J. O'Neill
b6edp0                                           UNITED STATES MAGISTRATE JUDGE