UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDON BURROWS, | 1:04-cv-06165-AWI-LJO-P |
|       Plaintiff, | **ORDER GRANTING PLAINTIFF ADDITIONAL TIME TO COMPLY WITH COURT ORDER TO SUBMIT AMENDED COMPLAINT** |
| vs. | |
| C.M.O., J. KLARICH, et al., | |
|       Defendants.       / | |

Plaintiff, Eldon Burrows ("plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On September 28, 2005, this Court issued an Order dismissing the Complaint with leave to amend.  Plaintiff was allotted time to submit an Amended Complaint curing the deficiencies outlined in the Order.  Plaintiff requested an extension of time on October 18, 2005, stating that he had only received his legal paperwork.  On November 18, 2005, the Court granted the request and set a new deadline for compliance with the Order. The Court

docket shows that Plaintiff filed a Motion to include missing exhibits on December 28, 2005, however, no request for an extension of time was made and no Amended Complaint was filed.

On January 12, 2006, this Court issued Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within twenty (20) days. On February 1, 2006, plaintiff filed objections to the Magistrate Judge's Findings and Recommendations. Plaintiff states now that he is having difficulty with the prison mail system.  It has been approximately five (5) months since the issuance of the Order dismissing with leave to amend. The Court will grant Plaintiff additional time to comply with the Order, however, should Plaintiff fail to file an Amended Complaint within the deadline, the Court will refer the Findings and Recommendations to the District Court for dismissal.  Should Plaintiff comply with the Order by submitting an Amended Complaint, the Court will vacate the Findings and Recommendations and proceed with the case.

Accordingly, the Court HEREBY ORDERS:

1. Plaintiff is GRANTED thirty (30) days from the date of service of this Order to submit an Amended Complaint as ordered in the Order Dismissing with leave to Amend.

IT IS SO ORDERED.

**Dated:   February 10, 2006**            /s/ Lawrence J. O'Neill
b9ed48                                   UNITED STATES MAGISTRATE JUDGE

2