UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDON BURROWS, ) | 1:04-CV-06165-AWI-LJO-P |
| Plaintiff, ) | ORDER GRANTING EXTENSION OF TIME |
| v. ) | (DOCUMENT #31) |
| C.M.O. J. KLARICH, et al., ) | |
| Defendants. ) | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. Section 1983. On March 21, 2006, plaintiff filed a motion to extend time to file a second amended complaint, pursuant to the court's order of March 1, 2006. Inasmuch as plaintiff filed the second amended complaint on April 4, 2006, and good cause having been presented to the court, IT IS HEREBY ORDERED THAT plaintiff's motion to extend time to file a second amended complaint is GRANTED nunc pro tunc to April 3, 2006.

IT IS SO ORDERED.

**Dated:   April 14, 2006**          /s/ Lawrence J. O'Neill
b6edp0                                               UNITED STATES MAGISTRATE JUDGE