1
2
3
4
5
6
# UNITED STATES DISTRICT COURT
7
## EASTERN DISTRICT OF CALIFORNIA
8
ELDON BURROWS,                               CV F 04 6165 AWI LJO P
9
            Plaintiff,
10
      v.                                     ORDER DENYING MOTION TO INCLUDE
11                                           MISSING EXHIBITS AS MOOT (Doc. 20)
12
C.M.O., J. KLARICH, et. al.,
13
            Defendants.
14 _____/

15      Eldon Burrows ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in
16 this civil rights action filed pursuant to 42 U.S.C. § 1983.
17      Plaintiff filed the instant action on August 26, 2004.  On November 1, 2004, Plaintiff
18 moved for the appointment of counsel.  On September 28, 2005, the Court dismissed the
19 Complaint with leave to amend.  However, on Plaintiff filed a Motion to include missing exhibits
20 to the Complaint previously submitted.  An Amended Complaint was filed on February 24, 2006.
21 Accordingly, the Motion to include the missing exhibits is DENIED as MOOT.
22 IT IS SO ORDERED.
23 **Dated:    July 26, 2006            _____/s/ Lawrence J. O'Neill_____**
   b9ed48                             UNITED STATES MAGISTRATE JUDGE
24
25
26
27
28

                                        1