# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDON BURROWS,<br><br>        Plaintiff,<br><br>  v.<br><br>C.M.O., J. KLARICH, et. al.,<br><br>        Defendants.<br>_____/ | CV F 04 6165 AWI NEW (DLB) P<br><br>ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE AND FORWARDING DOCUMENTS TO PLAINTIFF |

    Eldon Burrows ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on August 246, 2004.

    The Court has screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A and finds that it states cognizable claims for relief under 42 U.S.C. § 1983 against Defendants Dr. Klarich, Dr. Neubarth and Dr. Ortiz for deliberate indifference to his medical needs in violation of the Eighth Amendment. Fed. R. Civ. P. 8(a); Swierkiewicz v. Sorema N. A., 534 U.S. 506, 512-15 (2002); Austin v. Terhune, 367 F.3d 1167, 1171 (9th Cir. 2004); Jackson v. Carey, 353 F.3d 750, 754 (9th Cir. 2003); Galbraith v. County of Santa Clara, 307 F.3d 1119, 1125-26 (9th Cir. 2002). Accordingly, IT IS HEREBY ORDERED that:

    1.    Service is appropriate for the following defendants:

        DR. KLARICH

1    DR. NEUBARTH

2    DR. ORTIZ

3    2.   The Clerk of the Court shall send Plaintiff THREE USM-285 forms, THREE

4         summons, a Notice of Submission of Documents form, an instruction sheet and a

5         copy of the SECOND AMENDED COMPLAINT filed on APRIL 4, 2006.

6    3.   Within THIRTY (30) DAYS from the date of this Order, Plaintiff shall complete

7         the attached Notice of Submission of Documents and submit the completed

8         Notice to the Court with the following documents:

9         a.   Completed summons;

10        b.   One completed USM-285 form for each defendant listed above; and

11        c.   FOUR copies of the endorsed Second Amended Complaint filed on April

12             4, 2006.

13   4.   Plaintiff need not attempt service on Defendants and need not request waiver of

14        service. Upon receipt of the above-described documents, the court will direct the

15        United States Marshal to serve the above-named Defendants pursuant to Federal

16        Rule of Civil Procedure 4 without payment of costs.

17   5.   <u>The failure to comply with this Order will result in a Recommendation that this</u>

18        <u>action be dismissed.</u>

IT IS SO ORDERED.

**Dated:   March 9, 2007**           /s/ **Dennis L. Beck**
3b142a                               UNITED STATES MAGISTRATE JUDGE

2