1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT FOR THE

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   ELDON BURROWS,                              1:04-cv-6165 AWI GSA (PC)

12           Plaintiff,                          ORDER GRANTING FIRST MOTION
                                                 TO EXTEND TIME TO RESPOND TO
13       vs.                                     MOTION FOR SUMMARY JUDGMENT

14   J. KLARICH, et al.,                         (DOCUMENT #53)

15           Defendants.                         30- DAY DEADLINE

16   _____/

17          Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §

18   1983.  On June 4, 2008,  plaintiff filed a motion to extend time to file a response to defendants'

19   motion for summary judgment.  Good cause having been presented to the court and GOOD

20   CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

21          Plaintiff is granted thirty (30) days from the date of service of this order in which to file

22   a response to defendants' motion for summary judgment.

23          IT IS SO ORDERED.

24       Dated:    **June 13, 2008**              _____**/s/ Gary S. Austin**_____
                                                  UNITED STATES MAGISTRATE JUDGE
25

26

27

28