# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDON BURROWS, | 1:04-cv-06165-AWI-GSA-PC |
| Plaintiff, | ORDER TO SHOW CAUSE WHY DEFENDANT KLARICH SHOULD NOT BE DISMISSED FROM THIS ACTION |
| v. | |
| J. KLARICH, J. NEUBARTH, and R. S. ORTIZ, | THIRTY DAY DEADLINE FOR PLAINTIFF TO RESPOND |
| Defendants. | |

Eldon Burrows ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on August 26, 2004. (Doc. 1.) This action currently proceeds against defendants J. Klarich, J. Neubarth, and R. S. Ortiz for deliberate indifference to plaintiff's medical needs in violation of the Eighth Amendment.

On May 9, 2007, the court issued an order directing the United States Marshal to initiate service of process upon defendant Klarich at Pleasant Valley State Prison. (Doc. 40.) On August 14, 2007, the United States Marshal filed a return of unexecuted service as to defendant Klarich, with a notation that defendant was "deceased per facility." (Doc. 46.) On July 11, 2007, defendants filed a notice of suggestion of death of defendant J. Klarich pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure. (Doc. 44-1.)

Under Rule 4(m) of the Federal Rules of Civil Procedure,

> If a defendant is not served within 120 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m).

In this instance, the United States Marshal attempted service upon defendant Klarich without success, due to the death of defendant Klarich as reported by the facility. As a result, defendant Klarich has not been served and has not made an appearance in this action. Plaintiff shall be ordered to show cause why defendant Klarich should not be dismissed from this action for failure of service. Within thirty days, plaintiff shall file a written response with the court explaining why defendant Klarich should not be dismissed. In the alternative, plaintiff may file a non-opposition to the dismissal of defendant Klarich.

Accordingly, IT IS HEREBY ORDERED that:

1. Within thirty days from the date of service of this order, plaintiff shall file a written response showing cause why defendant Klarich should not be dismissed from this action;

2. In the alternative, plaintiff may file a written non-opposition to the dismissal of defendant Klarich; and

3. Plaintiff's failure to comply with this order shall result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:   **September 12, 2008**           /s/ **Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE