# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDON BURROWS, | 1:04-cv-06165-AWI-GSA-PC |
| Plaintiff, | FINDINGS AND RECOMMENDATIONS RECOMMENDING THAT DEFENDANT KLARICH BE DISMISSED FROM THIS ACTION |
| v. | |
| J. KLARICH, J. NEUBARTH, and R. S. ORTIZ, | OBJECTIONS, IF ANY, DUE IN 20 DAYS |
| Defendants. | |

## FINDINGS

Eldon Burrows ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on August 26, 2004. (Doc. 1.) This action currently proceeds against defendants J. Klarich, J. Neubarth, and R. S. Ortiz for deliberate difference to plaintiff's medical needs in violation of the Eighth Amendment.

On September 15, 2008, the undersigned issued an order for plaintiff to show cause why defendant Klarich should not be dismissed from this action based on evidence that defendant Klarich is deceased or, in the alternative, to file a written non-opposition to the dismissal of defendant Klarich, within thirty days. (Doc. 56.) Plaintiff was forewarned in the order that his failure to comply with the order would result in a recommendation that defendant Klarich be

dismissed from this action.  The thirty day time period has expired, and plaintiff has not filed a response to the order.  Therefore, defendant Klarich should be dismissed from this action.

### RECOMMENDATIONS

Based on the foregoing, IT IS HEREBY RECOMMENDED that:

1. Defendant J. Klarich be dismissed from this action;
2. This action proceed only against defendants J. Neubarth and R.S. Ortiz for deliberate indifference to plaintiff's medical needs in violation of the Eighth Amendment;
3. The Clerk be directed to reflect dismissal of defendant J. Klarich from this action on the court's docket.

. These Findings and Recommendations are submitted to the Honorable Anthony W. Ishii, United States District Court Judge, pursuant to the provisions of 28 U.S.C. § 636 (b)(1)(B) and Rule 72-304 of the Local Rules of Practice for the United States District Court, Eastern District of California.  Within twenty (20) days after being served with a copy, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Replies to the objections shall be served and filed within ten (10) court days (plus three days if served by mail) after service of the objections.  The Court will then review the Magistrate Judge's ruling pursuant to 28 U.S.C. § 636 (b)(1)(C).  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).


IT IS SO ORDERED.

Dated:   **October 30, 2008**              /s/ **Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE