IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDON BURROWS, | 1:04-cv-06165-AWI-GSA-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| vs. | (Doc. 58.) |
| J. KLARICH, J. NEUBARTH, and R. S. ORTIZ, | ORDER DISMISSING DEFENDANT J. KLARICH FROM THIS ACTION |
| Defendants. | |

Eldon Burrows ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On October 31, 2008, findings and recommendations were entered, recommending that defendant J. Klarich be dismissed from this action. The parties were provided an opportunity to file objections to the findings and recommendations within twenty days. To date, no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

1

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on October 31, 2008, are adopted in full;

2. Defendant J. Klarich is dismissed from this action;

3. The Clerk of Court is directed to reflect dismissal of defendant J. Klarich on the court's docket pursuant to this order; and

4. This action now proceeds only against defendants J. Neubarth and R. S. Ortiz for deliberate indifference to plaintiff's medical needs in violation of the Eighth Amendment.

IT IS SO ORDERED.

**Dated:   December 15, 2008**            /s/ Anthony W. Ishii
                                CHIEF UNITED STATES DISTRICT JUDGE

2