IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDON BURROWS, | 1:04-cv-06165-AWI-GSA-PC |
| Plaintiff, | ORDER FOR CLERK TO CHANGE PLAINTIFF'S ADDRESS OF RECORD TO WASCO STATE PRISON, AND TO ADD PLAINTIFF'S CDC NUMBER TO THE COURT'S RECORD |
| vs. | |
| J. NEUBARTH and R. S. ORTIZ, | |
| Defendants. | |

Eldon Burrows ("plaintiff"), a state prisoner, is proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983. On June 4, 2008, plaintiff submitted a motion for an extension of time, with indication that he is currently incarcerated at Wasco State Prison in Wasco, California. (Doc. 53.) The Court confirmed plaintiff's current incarceration at Wasco State Prison via a telephone call to the California Department of Corrections's ("CDC") Inmate Locator Service. However, a review of the Court's record shows plaintiff's current address of record as 6544 N. Backer, Fresno, CA 93710. The Fresno address was given to the court by plaintiff on November 17, 2006, when plaintiff requested a change of his address while he was hospitalized and undergoing heart surgery. (Doc. 36.)

There is no Federal Rule of Civil Procedure or Local Rule concerning the service of Court and other legal documentation at an address other than a pro se litigant's actual address. Local Rule 7-131,

1

Local Rule 83-182(f), and Local Rule 83-183(b) require pro se litigants to inform the Court of their addresses and to keep the Court informed of any change in their addresses. There is no authority for the proposition that a pro se litigant can simply request the Court to serve him at a different address.

There are special circumstances in which the Court could serve a pro se litigant at a separate address. For example, special circumstances arose in this action when plaintiff was hospitalized and unable to receive mail addressed to him at the prison. Such circumstances justified a temporary change of plaintiff's address. However, once plaintiff was returned to prison, he should have filed a notice of change of address at the Court. Now that plaintiff is being housed at Wasco State Prison, no special circumstances are apparent for him to be served at a different address. Hundreds of pro se litigants who currently have cases pending before this Court are similarly situated as plaintiff. Unexpected or frequent transfer alone is insufficient to warrant service at a location other than the pro se litigant's place of incarceration. Moreover, service at a location other than plaintiff's place of incarceration can pose significant problems with ensuring that plaintiff receives all Court documentation, meets Court deadlines and prepares and signs all of his own legal documentation as a party proceeding pro se.

Based on these facts, the Clerk of Court shall be directed to change plaintiff's address of record to Wasco State Prison, P.O. Box 4400, Wasco, California 93280. The Clerk of Court shall also be directed to add plaintiff's CDC number, D-80692, to the court's record. Plaintiff is cautioned that pro se litigants are required to notify the Clerk and all other parties of any change of address, and absent such notice, service of documents at the prior address of the party shall be fully effective. See Local Rule 83-182(f). Moreover, plaintiff's failure to comply with an order or any Local Rule may be grounds for dismissal of the entire action. See Local Rule 11-110.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court is DIRECTED to change plaintiff's address of record to Wasco State Prison, P.O. Box 4400, Wasco, California 93280;

3. The Clerk of Court is DIRECTED to add plaintiff's CDC number, D-80692, to the court's record.; and

///

2

3. The Clerk of Court shall serve plaintiff with a copy of this order at both of the following addresses:

    1)     Eldon Burrows D-80692
             Wasco State Prison
             P.O. Box 4400
             Wasco, California  93280

    2)     Eldon Burrows
             6544 N. Backer
             Fresno, California  93710.

IT IS SO ORDERED.

**Dated:**  **January 26, 2009**          **/s/ Gary S. Austin**
                                                       UNITED STATES MAGISTRATE JUDGE