1

2

3

4

5

6

7          **UNITED STATES DISTRICT COURT**

8              EASTERN DISTRICT OF CALIFORNIA

9

10  ELDON BURROWS,                          1:04-cv-05124-AWI-GSA-PC

11                    Plaintiff,            ORDER GRANTING EXTENSION OF
                                            TIME TO FILE OBJECTIONS
12       vs.                                (Doc. 62.)

13  J. KLARICH, et al.,                     ORDER VACATING MOTION FOR
                                            SUMMARY JUDGMENT FROM
14                    Defendants.           COURT'S CALENDAR
                                            (Doc. 51.)
15
                                            THIRTY-DAY DEADLINE TO FILE
16                                          OBJECTIONS

17  _____/

18          Plaintiff Eldon Burrows ("plaintiff") is a state prisoner proceeding pro se and in forma

19  pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

20          Defendants filed a motion for summary judgment on May 12, 2008.  (Doc. 51.)  On January

21  23, 2009, the Magistrate Judge issued findings and recommendations, recommending that

22  defendants' motion for summary judgment be granted.  (Doc. 60.)  Plaintiff was given the

23  opportunity to file objections to the findings and recommendations within thirty days.  On February

24  25, 2009, plaintiff filed a motion for an extension of time to file objections.  (Doc. 62.)  Plaintiff has

25  requested the extension based on delays resulting from his poor health and extremely limited access

26  to the law library at the prison.  Good cause appearing, a thirty-day extension shall be granted, and

27  the motion for summary judgment shall be vacated from the Court's calendar until the motion is ripe

28  for resolution.

Accordingly, IT IS HEREBY ORDERED that:

1.    Plaintiff's motion for extension of time is granted;

2.    Within thirty days from the date of service of this order, plaintiff shall file a response to defendants' motion for summary judgment of May 12, 2008; and

3.    In light of 28 U.S.C. § 476(a)(1), the Civil Justice Reform Act, defendants' motion to dismiss is HEREBY DEEMED VACATED from the Court's calendar until such time as plaintiff files his response and defendants file a reply or the motion is submitted pursuant to Local Rule 78-230(m).

IT IS SO ORDERED.

**Dated:     March 2, 2009**                                     **/s/ Anthony W. Ishii**
                                                            CHIEF UNITED STATES DISTRICT JUDGE